# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IYONA LEE, | : | No. 20 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| FRESH GROCER HOLDINGS, LLC | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.